**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2266

CLARENCE ANDERSON, III,

Petitioner - Appellant,

v.

FRANK KENDALL, III, Secretary United States Air Force; LIEUTENANT GENERAL JEFFREY A. ROCKWELL, The Judge Advocate General United States Air Force; LIEUTENANT GENERAL MARK NOWLAND, Deputy Chief of Staff for Operations, Plans and Requirements United States Air Force,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:19-cv-01139-AJT-IDD)

Submitted:  June 4, 2024                              Decided:  June 18, 2024

Before AGEE, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Anderson, III, Appellant Pro Se.  Matthew James Mezger, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Anderson, III, appeals the district court's October 3, 2023, order denying his motion for reconsideration, which he pursued under Fed. R. Civ. P. 60(a). We have reviewed the record and conclude that the district court did not abuse its discretion in denying relief. *See Sartin v. McNair Law Firm PA*, 756 F.3d 259, 265-66 (4th Cir. 2014) (stating standard of review and describing types of errors correctable under Rule 60(a)). We therefore affirm the district court's order. *Anderson v. Kendall*, No. 1:19-cv-01139-AJT-IDD (E.D. Va. Oct. 3, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2